*In re* ENRIQUE M. BRAY LEAL, querellado.

*Número:* AB-96-34          *Resuelto:* 28 de abril de 2000

*Gustavo A. Gelpí, Procurador General*, e *Yvonne Casanova Pelosi, Procuradora General Auxiliar*, abogados de El Pueblo, en informe.

PER CURIAM: Mediante escrito, de fecha 29 de enero de 1998, la Oficina del Procurador General de Puerto Rico nos informó que, en relación con una queja que contra el abogado Enrique M. Bray Leal había radicado el Sistema Universitario Ana G. Méndez, las partes habían llegado a un acuerdo transaccional, no teniendo dicha institución universitaria interés alguno en proseguir con el trámite de dicha queja. En vista a ello, y no estando afectado interés público alguno, ordenamos el archivo de la queja mediante la Resolución de 27 de febrero de 1998.

Habiendo incumplido el licenciado Bray Leal el referido acuerdo, y habiendo sido así informada la Oficina del Procurador General, dicho funcionario hizo múltiples gestiones para comunicarse con dicho abogado, resultando las mismas todas infructuosas. Le ordenamos al licenciado Bray Leal, mediante Resolución de 12 de marzo de 1999,

que compareciera ante la mencionada oficina. No lo hizo. Así nos lo informó el Procurador General. Le ordenamos, por segunda ocasión, al licenciado Bray Leal que compareciera ante el Procurador General, apercibiéndolo sobre el hecho de que su incumplimiento podría acarrear una suspensión provisional del ejercicio de la profesión; fue notificado *personalmente* de ello.

Mediante escrito, de fecha 2 de septiembre de 1999, el licenciado Bray Leal compareció ante el Tribunal, informando que varios "problemas personales" que confrontaba habían causado su inatención a los requerimientos del Procurador General de Puerto Rico. El 9 de septiembre de 1999, le concedimos un término final para cumplir con nuestras anteriores resoluciones. Mediante moción, de fecha 2 de noviembre de 1999, el Procurador General nos informó que el licenciado Bray Leal aún no había comparecido a su oficina. Bajo apercibimiento de la imposición de severas sanciones disciplinarias, el 18 de noviembre de 1999 le concedimos un nuevo término al referido abogado para que compareciera ante el Procurador General, resolución que no pudo ser notificada personalmente a pesar de las múltiples gestiones realizadas a esos efectos por la Oficina del Alguacil General de este Tribunal en las direcciones conocidas del referido abogado y brindadas por éste al Tribunal. Mediante moción de 5 de abril de 2000, el Procurador General nos informa que no ha tenido comunicación alguna de parte del licenciado Bray Leal.

## I

El licenciado Bray Leal aparentemente entiende que él no viene en la obligación de cumplir con las órdenes y requerimientos de este Tribunal; en específico, y en lo pertinente, el mencionado abogado aparenta desconocer totalmente la jurisprudencia de este Tribunal a los efectos de que, independientemente de los méritos de la queja que se

presente contra un abogado, éste viene en la obligación de obedecer, y responder prontamente a los requerimientos de este Tribunal y los del Procurador General de Puerto Rico. Véanse: *In re Quevedo Cordero*, 147 D.P.R. Ap. (1999); *In re Otero Fernández*, 145 D.P.R. 582 (1998); *In re Ríos Acosta I*, 143 D.P.R. 128 (1997). En fin, la conducta displicente que ha observado el licenciado Bray Leal a lo largo del trámite de este asunto resulta ser evidencia incontrovertible de que éste no interesa seguir ejerciendo la profesión de abogado en esta jurisdicción.

Procede, en consecuencia, decretar la suspensión inmediata e indefinida del ejercicio de la profesión de abogado, y de la notaría, del licenciado Bray Leal a partir de la notificación de esta opinión, y le imponemos el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados, e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país. Deberá, además, certificarnos dentro del término de treinta (30) días a partir de su notificación el cumplimiento de estos deberes, notificando también al Procurador General de Puerto Rico.

La Oficina del Alguacil de este Tribunal procederá, *de inmediato*, a incautarse de la obra notarial del referido abogado, luego de lo cual entregará la misma a la Oficina de Inspección de Notarías para el correspondiente examen e informe a este Tribunal.

*Se dictará sentencia de conformidad.*

El Juez Presidente Señor Andréu García y los Jueces Asociados Señora Naveira de Rodón y Señor Fuster Berlingeri no intervinieron.